Mark Ogden; AZ Bar No. 017018
mogden@littler.com
Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
Ryan G. Lockner; AZ Bar No. 031517
rlockner@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Clark, a married woman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Chelton Avionics, Inc., a foreign corporation,<br><br>　　　　Defendant. | Case No. CV-16-08190-DLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Shari Clark and Defendant Chelton Avionics, Inc., hereby stipulate to dismiss Plaintiff's claims against Defendant with prejudice, each party to bear her or its own attorneys' fees and costs.

　　　RESPECTFULLY SUBMITTED this 2nd day of June, 2017

*s/ Bradley H. Schleier  (with permission)*
Tod F. Schleier
Bradley H. Schleier
SCHLEIER LAW OFFICES, P.C.
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Attorney for Plaintiff

*s/ Kristy L. Peters*
Mark Ogden
Kristy L. Peters
Ryan G. Lockner
LITTLER MENDELSON, P.C.
Attorneys for Defendant

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 2nd day of June, 2017:

2

3

4

5  Tod F. Schleier
Bradley H. Schleier
6  SCHLEIER LAW OFFICES, P.C.
3101 N. Central Avenue
7  Suite 1090
Phoenix, Arizona 85012
8  Attorney for Plaintiff

9

10  *s/ Linda Bullis*
Firmwide:148005099.1 065403.1003

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600