IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Clark,<br><br>            Plaintiff,<br><br>v.<br><br>Chelton Avionics Incorporated,<br><br>            Defendant. | No. CV-16-08190-PCT-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation of Dismissal with prejudice. (Doc. 31.) For good cause shown,

**IT IS ORDERED** dismissing this case with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 5th day of June, 2017.

Douglas L. Rayes
United States District Judge